IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | |
|---|---|
| KEVIN J. MANGUM § | |
| § | |
| VS. § | CIVIL ACTION NO. G-05-507 |
| § | |
| HUISH DETERGENTS, INC. § | |

**OPINION AND ORDER**

Before the Court is a Report and Recommendation from the United States Magistrate Judge dated August 31, 2005, which recommends that the Motion for Summary Judgment of Defendant, Huish Detergents, Inc., be granted and the complaint of Plaintiff, Kevin J. Mangum, be dismissed. Mangum has filed timely objections to which Huish has responded.

The Court, after *de novo* review pursuant to 28 U.S.C. § 636(b)(1)(C), finds that the Report and Recommendation of the Magistrate Judge is a well reasoned and correct application of appropriate federal and state law to the facts asserted by Plaintiff in support of his complaint and it is, therefore, **ACCEPTED** by this Court in its entirety and incorporated by reference herein. By accepting the recommendation of the Magistrate Judge, this Court emphasizes that, like the Magistrate Judge, it is not defending or condemning any decisions made by Huish, it is simply finding that Mangum has failed to produce sufficient evidence to legally support the submission of his claims to a Jury.

It is, therefore, the **ORDER** of this Court that the Motion for Summary Judgment (Instrument no. 38) of Plaintiff, Kevin Mangum, is **DENIED**.

It is further **ORDERED** that the Motion for Summary Judgment (Instrument no. 33) of Defendant, Huish Detergents, Inc., is **GRANTED** and that the Complaint (Instrument no. 1) of Plaintiff, Kevin Mangum, is **DISMISSED in its entirety**.

**DONE** at Galveston, Texas, this 5th day of October, 2006.

_____
Samuel B. Kent
United States District Judge