IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| KEVIN J. MANGUM | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. G-05-507 |
| | § | |
| HUISH DETERGENTS, INC. | § | |

## FINAL JUDGMENT

For the reasons stated in this Court's Opinion and Order entered this date, it is **ORDERED** and **ADJUDGED** that the Motion for Summary Judgment of Defendant, Huish Detergents, Inc., is **GRANTED**; that the Motion for Summary Judgment of Plaintiff, Kevin J. Mangum, is **DENIED** and that this action is **DISMISSED** in its entirety.

This is a **FINAL JUDGMENT.**

**DONE** at Galveston, Texas this 5th day of October, 2006.

_____
Samuel B. Kent
United States District Judge